599 A.2d 992

James MANZI, Appellant,

v.

H.K. PORTER COMPANY, Celotex Corporation.

Superior Court of Pennsylvania.

Filed Oct. 30, 1991.

## ORDER

PER CURIAM.

The court hereby denies the application filed September 20, 1991, requesting reargument/reconsideration of the decision dated March 13, 1991. 402 Pa.Super. 595, 587 A.2d 778.